ANNIE SMITH, Respondent, v. THE TRUSTEES OF THE VILLAGE OF CLIF-TON SPRINGS, Appellant.— Judgment and order reversed, with costs, and

complaint dismissed, with costs. Held, that no sufficient notice or statement was given of the plaintiff's injury within the time required by the Village Law.* All concur.